IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WANDA ARANA | : | CIVIL ACTION |
| v. | : | |
| TEMPLE UNIVERSITY HEALTH SYSTEM | : | NO. 17-525 |

ORDER

AND NOW, this 3rd day of May, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant for summary judgment (Doc. # 35) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                     J.